01

02

03

04

05

06                                   UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
07                                          AT SEATTLE

08   JOE N. LOUIS,                          )        CASE NO.: C06-1169-RSL-MAT
                                            )
09          Petitioner,                     )
                                            )
10   v.                                     )        ORDER DENYING APPLICATION
                                            )        TO PROCEED *IN FORMA PAUPERIS*
11   RON VAN BOENING,                       )
                                            )
12          Respondent.                     )
     _____)
13

14          Petitioner has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. §

15   2254, and has filed an application for leave to proceed *in forma pauperis*.  Based upon a  review

16   of the application, the court does hereby find and ORDER that:

17          (1)     Petitioner's application for leave to proceed *in forma pauperis* is DENIED.  The

18   filing fee for a § 2254 petition is $5.00.  *See* 28 U.S.C. § 1914(a).  Petitioner's application shows

19   that he has a balance of $64.29 in his prison trust account.  Consequently, he is capable of paying

20   the $5.00 filing fee.

21   / / /

22   / / /

     ORDER DENYING APPLICATION
     TO PROCEED *IN FORMA PAUPERIS*
     PAGE -1

01   (2)  Within 21 days of the date of this Order, petitioner shall pay to the Clerk the $5.00

02 filing fee, or face dismissal of this action.

03    DATED this 29th day of August, 2006.

04

           *Robt S Lasnik*

05           Robert S. Lasnik
            United States District Judge

06
 Recommended for Entry
07 this <u>28th</u> day of August, 2006.

08 <u>s/ Mary Alice Theiler</u>
 United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
PAGE -2