UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOE N. LOUIS, | ) | CASE NO.: C06-1169-RSL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION WITHOUT PREJUDICE |
| RON VAN BOENING, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner has submitted a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, along with an application for leave to proceed *in forma pauperis*. On August 29, 2006, the Court denied petitioner's leave to proceed *in forma pauperis* and gave petitioner 21 days, or until September 19, 2006, in which to pay the $5.00 filing fee, or face dismissal of this action. (Dkt. #5). As of the date of today's Order, petitioner has not paid the fee. Accordingly, the court hereby ORDERS:

(1) This action is DISMISSED without prejudice; and,

/ / /

/ / /

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -1

(2)   The Clerk shall send a copy of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 28th day of September, 2006.

{signature: MAS Lasnik}
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 22nd day of September, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -2