UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOE N. LOUIS,

        Petitioner,

   v.

RON VAN BOENING,

        Respondent.

Case No. C06-1169RSL

ORDER TO REOPEN CASE

This matter comes before the Court on a "Motion to Reinstate § 2254 Petition" by the petitioner Joe Louis. (Dkt. #8). This case was dismissed on September 28, 2006 for failure to pay the filing fee. However, petitioner paid the filing fee on September 12, 2006 but, due to a ministerial error, receipt of the payment was not docketed until after petitioner filed this motion.

Accordingly, petitioner's motion is GRANTED. The Clerk of the Court is directed to reopen this case.

DATED this 16th day of October, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO REOPEN CASE