01

02

03

04

05          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
06                  AT SEATTLE

07  JOE N. LOUIS,                    )    CASE NO.  C06-1169-RSL-MAT
                                     )
08        Petitioner,                )
                                     )
09        v.                         )    ORDER GRANTING PETITIONER'S
                                     )    MOTION TO AMEND HABEAS
10  RON VAN BOENING,                 )    PETITION
                                     )
11        Respondent.                )
    _____ )
12

13          Petitioner, a prisoner proceeding *pro se*, has filed a motion to amend his habeas petition

14  in order to add two additional claims.  (Dkt. #20).  Respondent has filed a response, in which

15  respondent states that he does not object to the granting of petitioner's motion.  (Dkt. #21).

16  Having considered the motion, the response, and the balance of the record, the court hereby finds

17  and ORDERS as follows:

18          (1)     Petitioner's motion to amend his habeas petition (Dkt. #20) is GRANTED.  The

19  court notes that petitioner did not include an amended petition with his motion to amend.

20  Therefore, within 21 days from the date of this Order, petitioner shall file an amended petition that

21  sets forth the legal and factual arguments supporting his new claims.  If petitioner fails to  comply

22  with this Order and file an amended petition, the court will proceed to consider only the claims set

01   forth in petitioner's original petition. (Dkt. #10). Once petitioner has filed the amended petition,

02   the court will set a deadline for respondent to file an answer.

03          (2)     The Clerk shall STRIKE the noting date for the petition for a writ of habeas

04   corpus. (Dkt. #10). The Clerk is further directed to send a copy of this Order to petitioner, to

05   counsel for respondent, and to the Honorable Robert S. Lasnik.

06          DATED this <u>2nd</u> day of February, 2007.

07

08          _____
             Mary Alice Theiler
09           United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER GRANTING PETITIONER'S
MOTION TO AMEND HABEAS PETITION
PAGE -2