UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JOE N. LOUIS, | ) | CASE NO. C06-1169-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER FOR RESPONSE TO |
| | ) | PETITIONER'S AMENDED HABEAS |
| RON VAN BOENING, | ) | PETITION |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, a prisoner proceeding *pro se*, has filed an amended petition, which he has mistakenly termed a "reply" to respondent's answer. (Dkt. #23). The Court previously granted petitioner leave to file an amended petition. (Dkt. #22). Counsel for respondent did not object to filing of an amended petition, but requested that he be given additional time to file an answer because he is preparing for an oral argument before the United States Supreme Court in April, 2007. (Dkt. #21). Accordingly, the Court hereby finds and ORDERS as follows:

(1) Respondent shall file an answer to petitioner's amended habeas petition (Dkt. #23) no later than **May 7, 2007**. The answer will be treated in accordance with Local Rule CR 7. Accordingly, on the face of the answer, respondent shall note it for consideration on the fourth Friday after filing. Petitioner may file and serve a response no later than the Monday immediately

ORDER FOR RESPONSE TO PETITIONER'S
AMENDED HABEAS PETITION
PAGE -1

01 preceding the Friday designated for consideration of the matter, and respondent may file and serve

02 a reply no later than the Friday designated for consideration.

03     (2)    The Clerk is directed to send a copy of this Order to petitioner, to counsel for

04 respondent, and to the Honorable Robert S. Lasnik.

05     DATED this <u>16th</u> day of February, 2007.

                        Mary Alice Theiler
                        United States Magistrate Judge

ORDER FOR RESPONSE TO PETITIONER'S
AMENDED HABEAS PETITION
PAGE -2