UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE N. LOUIS, | CASE NO. C06-1169-RSL |
| Petitioner, | |
| v. | ORDER DENYING § 2254 PETITION |
| RON VAN BOENING, | |
| Respondent. | |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, respondent's answer, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for a writ of habeas corpus (Dkt. #10, #26) is DENIED with prejudice; and

(3) The Clerk is directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 7th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge