1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

JOE N. LOUIS,

        Petitioner,

   v.

RON VAN BOENING,

        Respondent.

Case No. C06-1169RSL

ORDER DENYING
PETITIONER'S OBJECTIONS

15
16
17
18
19

     This matter comes before the Court on petitioner Joe Louis's objections (Dkt. #43) to the order of The Honorable Mary Alice Theiler, United States Magistrate Judge, denying his motion for appointment of counsel. Pursuant to Federal Rule of Civil Procedure 72(a), the Court has considered petitioner's objections. For all of the reasons set forth in Judge Theiler's prior order, the Court DENIES petitioner's motion and objections.

20
21
22

     DATED this 30th day of October, 2006.

23
24
25

                          /s/ Robert S. Lasnik
                          Robert S. Lasnik
                          United States District Judge

26
27
28 ORDER